UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                              :

BRAULIO THORNE, on behalf of himself and : 
all others similarly situated                 :

                                         :

                      Plaintiff,   :              23-CV-862 (VSB)

                                         :

               -against-             :                 **ORDER**

                                         :

LINDENWOOD UNIVERSITY,         :

                                         :

                        Defendant.   :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.

SO ORDERED.

Dated: April 6, 2023
       New York, New York

                                                   _____
                                                   Vernon S. Broderick
                                                   United States District Judge